```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSEPH GUGLIELMO, on behalf of himself and all
others similarly situated,

                Plaintiff,                          20-cv-5376 (LJL)

       -v-                                           ORDER

JEGS AUTOMOTIVE, INC.,

                Defendant.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      A telephonic status conference is scheduled for June 25, 2021 at 10:00 a.m. Parties are directed to dial the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the prompts.

      SO ORDERED.

Dated: March 17, 2021
      New York, New York

                                                      LEWIS J. LIMAN
                                                    United States District Judge